[No. 32596-5-I.   Division One.   August 22, 1994.]

CLINTON E. MORRIS, *Respondent*, v. INDUSTRIAL
INDEMNITY COMPANY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-22177-4, Steven G. Scott, J., entered March
10, 1993. *Affirmed* by unpublished opinion per Webster, C.J.,
concurred in by Grosse and Baker, JJ.

[No. 31467-0-I.   Division One.   August 22, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVIN
JENNINGS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-04151-2, Richard M. Ishikawa, J., entered
August 20, 1992. *Reversed* by unpublished opinion per Peke-
lis, A.C.J., concurred in by Grosse, J., Agid, J., dissenting.

[No. 32551-5-I.   Division One.   August 22, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS H.
SANDERS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-05097-4, Bobbe J. Bridge, J., entered March
19, 1993. *Affirmed* by unpublished opinion per Kennedy, J.,
concurred in by Grosse and Agid, JJ.

[No. 32685-6-I.   Division One.   August 22, 1994.]

NANCY COFFMAN, ET AL, *Respondents*, v. NATIONAL
MERIT INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 93-2-01023-9, John F. Wilson, J., entered
April 13, 1993. *Reversed* by unpublished opinion per Baker,
J., concurred in by Webster, C.J., and Grosse, J.